JOHN S. TAYLOR, *Plaintiff in Error*, v. THE FIRST NA-
TIONAL BANK, OF ST. PETERSBURG, A CORPORATION, *De-
fendant in Error.*

This case was decided by Division A.

Writ of error to the Circuit Court for Hillsborough
County.

*McMullen & McMullen,* for Plaintiff in Error.

*E. R. Gunby* and *Wm. Hunter,* for Defendant in Error.

PER CURIAM.—In accordance with an agreement filed
herein and upon the authority of the decision in the case
of Ulmer v. First National Bank of St. Petersburg this
day filed, the judgment herein is reversed.